# CITATION

Cause Number: 16-01-00836

Clerk of the Court
Barbara Gladden Adamick
P.O Box 2985
Conroe, Texas 77305

Attorney Requesting Service
Rick Brass
207 Simonton
Conroe, TX 77301

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To: Graebel Movers Inc
c/o CT Corporation System
350 North St Paul Street
Dallas TX 75201

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before 10:00 A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 410th Judicial District Court Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 25th day of January, 2016 numbered 16-01-00836 on the docket of said court, and styled, Greg Cutlip VS. Graebel Movers, Inc.

The nature of plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 29th day of January, 2016.

(SEAL)

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

By: ____Patsy Fletcher____
Patsy Fletcher, Deputy

# OFFICER'S RETURN

Cause No. 16-01-00836            Court No: 410th Judicial District
Style: Greg Cutlip VS. Graebel Movers, Inc.
To: Graebel Movers, Inc.
Address: c/o CT Corporation System
         350 North St Paul Street
         Dallas TX 75201

Came to hand the ___ day of February, 20__, at ___ o'clock, and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition, at the following times and places, to wit:

Name            Date/Time       Place, Course and distance from Courthouse
Graebel         2/3/16          1999 Bryan Street Ste 900
Movers Inc                      Dallas Texas 75201-3136

Manner of service: _____

*And not executed as to the defendants(s) _____
The diligence used in finding said defendant(s) being: _____

And the cause of failure to execute this process is: _____

And information received as to the whereabouts of said defendant(s) being: _____

FEES:
Serving Petition and Copy    $ _____
TOTAL                        $ _____

                                                            #407
                                                            OFFICER
                                                            County, Texas
                                             By: _____ Deputy
                          AFFIANT

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

My full name is _____ my date of birth is _____, and my address is _____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in _____ County, State of _____, on the ___ day of _____, 20___.

                                    _____
                                    Declarant/Authorized Process Server

                                    _____
                                    ID# & Exp. Of Certification